# In the United States Court of Federal Claims

No. 12-181 T

(Filed October 17, 2013)

```
* * * * * * * * * * * * * * * * * * * *
DONNA EBEYER AND GLEN         *
EBEYER,                       *
                              *
            Plaintiffs,       *
                              *
      v.                      *
                              *
THE UNITED STATES,            *
                              *
            Defendant.        *
* * * * * * * * * * * * * * * * * * * *
```

## ORDER

On October 16, 2013, defendant filed a Motion for Enlargement of time within which to file its reply in support of its motion for summary judgment. Defendant requests an extension of 30 days, to and including November 20, 2013, within which to file its reply. Defendant has not previously requested extensions for this purpose, and states that its request is necessitated by the lapse in appropriations to the Department of Justice as of September 30, 2013. Defendant asserts that its counsel has "tried without success to consult with plaintiffs' counsel regarding plaintiffs' position on this motion." For good cause shown, the court grants defendant's motion.

Accordingly, it is hereby **ORDERED** that:

(1)   Defendant's Motion for Enlargement is **GRANTED**;

(2)   Defendant shall **FILE** its **Reply in Support of its Motion for Summary Judgment** on or before **November 20, 2013**.

        <u>/s/Lynn J. Bush</u>
        LYNN J. BUSH
        Judge